JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 14-00138 GAF (SPx) | Date | July 11, 2014 |
|---|---|---|---|
| Title | East Valley Water District et al v. San Bernardino International Airport Authority et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**

## ORDER DISMISSING STATE LAW CLAIMS

On June 20, 2014, the Court determined that it did not have jurisdiction over Plaintiff's claims against the United States. (Docket No. 20 [6/20/14 Order].)  Because those claims presented the only federal question, and no diversity jurisdiction exists, Plaintiff was ordered to show cause why the remaining state law claims should not be dismissed.

Plaintiff—and both Defendants—have now responded. (Docket Nos. 28, 29, 30.) Defendants agree that the Court cannot exercise supplemental jurisdiction over state law claims when the underlying federal claims have been dismissed for lack of subject matter jurisdiction. See Scott v. Pasadena Unified Sch. Dist., 306 F.3d 646, 664 (9th Cir. 2002) ("if the court dismisses [all federal claims] for lack of subject matter jurisdiction, it has no discretion and must dismiss all [remaining state law] claims") (quoting Herman Family Revocable Trust v. Teddy Bear, 254 F.3d 802, 806 (9th Cir. 2001)).

Plaintiff concurs that dismissal of the remaining state law claims may be proper, and makes no argument in support of retaining them.  Accordingly, each of Plaintiff's remaining claims are hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED.**